UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>            Plaintiff,<br><br>    vs.<br><br>TELUS HEALTH (US) LTD., a Delaware corporation,<br><br>            Defendants. | **Case No.: 2:24-cv-01431-JAM-DB**<br><br>**ORDER RE MOTION TO DISMISS BRIEFING DEADLINES (ECF No. 15)**<br><br>Complaint Filed April 19, 2024 |

**ORDER**

Plaintiff Sacramento County Employees' Retirement System ("SCERS") and Defendant Telus Health (US) Ltd. ("Telus") have reached a stipulation concerning briefing deadlines associated with Telus's Motion to Dismiss (the "Motion") filed on June 25, 2024 and noticed for hearing on August 20, 2024. In light of this stipulation, the Court orders as follows:

1. Notwithstanding Local Rule 230, SCERS's **opposition** brief to the Motion shall be due on **July 26, 2024**.

2. Notwithstanding Local Rule 230, Telus's **reply** brief in support of the Motion shall be due on **August 06, 2024**.

**IT IS SO ORDERED.**

Date: June 27, 2024

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE