NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
ALEXANDER WESTERFIELD (SBN 295676)
awesterfield@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile:  415.398.2438

NOSSAMAN LLP
THOMAS DOVER (SBN 175363)
tdover@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile:   213.612.7801

Attorneys for Plaintiff
SACRAMENTO COUNTY EMPLOYEES'
RETIREMENT SYSTEM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>vs.<br><br>TELUS HEALTH (US) LTD., A DELAWARE CORPORATION; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No: 2:24-cv-1431-JAM-SCR<br><br>**PLAINTIFF SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF MOTION AND MOTION TO DISMISS AMENDED COUNTERCLAIM**<br><br>Date:            February 11, 2025<br>Time:            1:00 p.m.<br>Courtroom:  6, 14th Floor<br>Judge:         Hon. John A. Mendez<br><br>Date Action Filed: April 19, 2024 |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that on February 11, 2025 at 1:00 p.m. or as soon thereafter as this matter may be heard, in Courtroom 6, 14th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814, before the Honorable John A. Mendez, Plaintiff Sacramento County Employees' Retirement System ("SCERS") will, and hereby does, move to dismiss the Second and Third Causes of Action in Defendant TELUS Health (US) Ltd.'s ("TELUS") Amended Counterclaim pursuant to Federal Rule of Civil Procedure 12(b)(6).

This Motion is made following the conference of counsel pursuant to the Court's standing order which took place on November 15, 2024.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, any papers filed in reply, all other papers and records on file in this matter, and any other materials or argument the Court may receive at or before the hearing on this Motion.

Dated:  November 21, 2024

NOSSAMAN LLP
DAVID C. LEE
ALEXANDER WESTERFIELD
THOMAS DOVER

By: /s/ Alexander Westerfield
　　　　Alexander Westerfield

Attorneys for Plaintiff
SACRAMENTO COUNTY EMPLOYEES'
RETIREMENT SYSTEM