NOSSAMAN LLP
DAVID C. LEE (SBN 193743)
dlee@nossaman.com
ALEXANDER WESTERFIELD (SBN 295676)
awesterfield@nossaman.com
NATALIE M. CUADROS (SBN 326368)
ncuadros@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile:   415.398.2438

NOSSAMAN LLP
THOMAS DOVER (SBN 175363)
tdover@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile:   213.612.7801

Attorneys for Plaintiff and Counter-Defendant
SACRAMENTO COUNTY EMPLOYEES'
RETIREMENT SYSTEM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>                  Plaintiff,<br><br>        v.<br><br>TELUS HEALTH (US) LTD., a Delaware Corporation; and Does 1-10, Inclusive,<br><br>                  Defendants. | Case No: 2:24-cv-01431-JAM-SCR<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Date Action Filed:  April 19, 2024 |
| TELUS HEALTH (US) LTD., a Delaware Corporation,<br><br>                  Counterclaimant,<br><br>        v.<br><br>SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM,<br><br>                  Counter-defendants. | |

STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER 2:24-cv-01431-JAM-SCR

Plaintiff and Counter-Defendant Sacramento County Employees' Retirement System ("SCERS") and Defendant and Counterclaimant TELUS Health (US) LTD. ("TELUS Health") hereby jointly submit this Stipulation and Proposed Order seeking a continuance of the March 1, 2027 trial date and a corresponding extension of the pretrial schedule.

The Court entered a Pretrial Scheduling Order on May 2, 2025. (ECF 36). The Parties have been diligently engaging in discovery and meet and confer efforts.  Under the current Scheduling Order, the Parties do not believe that, despite diligent efforts to comply with the existing schedule, they will be able to complete all the necessary document productions, depositions, and expert review analysis and reporting in time for the current discovery cut-off of June 19, 2026.  Counsel for both Parties have met and conferred and believe good cause exists to extend the current deadlines by approximately 8 months for the following reasons:

1. The subject matter of this case involves the implementation of a highly sophisticated and complex Pension Administrative Software product over a 6-year period of time. To date, hundreds of thousands of pages of documents have been and are being produced by the Parties and third-party consultants, including 162,425 documents produced by Plaintiff, 58,560 documents produced by Plaintiff's third-party consultant, and 127,214 produced by Defendant including a recent production occurring on March 31, 2026 and consisting of approximately 59,414 documents (in excess of 220,000 pages).  Defendant is awaiting one additional document production from a third-party consultant of Plaintiff.  Given the volume of documents combined with the complexities involved in the evaluating the contents of such documents (which bear on the nature, quality and impediments to the software implementation project), the Parties jointly believe that discovery cannot be completed by the current June 19, 2026 discovery cutoff.

2. The lengthy timeline of the implementation project (over 6 years) and the vast numbers of percipient witnesses involved, combined with the turnover of staff members of both Parties complicates the identification and location of witness whereabouts.  As such, the Parties jointly agree that they cannot reasonably complete

STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER 2:24-cv-01431-JAM-SCR

all required depositions prior to the June 19, 2026 discovery cutoff given: (i) the recent and future document productions which will likely reveal the identities of new potential witnesses; and (ii) the expected cross-country or international travel required for multiple witnesses.

3.  Trial counsel involved in this case have near-term conflicts that create difficulties in meeting current pre-trial deadlines including the following:

    a.  Plaintiff's trial team is engaged in the following trials and arbitrations:

        i.  May 18, 2026: *City of Alameda v. Greenway Golf Associates, Inc., et al.* (Alameda County Superior Court, Case No. 22CV011964); expected trial length is 2-4 weeks;

        ii.  June 29, 2026: *Intus Care, Inc. v. RTZ Associates, Inc.* (Northern District of California, Case No. 24-cv-01132-JST); expected trial length 1-2 weeks;

        iii.  January 11, 2027: *California Rail Builders, LLC v. California High-Speed Rail Authority* (Office of Administrative Hearings, Case No. A-0013-2024); expected length 3-4 weeks.

    b.  Defendant's trial team has the following near term trial conflicts:

        i.  December 4, 2026:  *Alexander Valley Gourmet, LLC v. Industry West Commerce Center, LLC* (Sonoma County Superior Court Case No. SCV-273623); expected length 2 weeks;

        ii.  July 6, 2026:  *Ampere Computing LLC v. FICT Limited* (Santa Clara Superior Court Case No. 23-cv-423653); expected length 3 weeks

This is the first request for a trial continuance in this action.  Therefore, the Parties mutually believe that there is good cause to continue the trial date and pretrial deadlines to accommodate the voluminous discovery at issue in this complicated action and promote efficiency.

Accordingly, the Parties respectfully request that the Court extend the pretrial deadlines as set forth below, and note that the Court has approved the October 25, 2027 trial date in correspondence:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery Cut-Off | June 19, 2026 | February 23, 2027 |
| FRCP 26(a)(2) expert disclosures | April 24, 2026 | December 28, 2026 |
| FRCP 26(a)(2) rebuttal disclosures | May 8, 2026 | January 11, 2026 |
| Joint Mid-Litigation Statement | Fourteen (14) days prior to the close of discovery | Fourteen (14) days prior to the close of discovery |
| Dispositive pre-trial/Daubert Motion filing deadline | August 21, 2026 | April 26, 2027 |
| Dispositive pre-trial/Daubert Motion hearing | October 20, 2026 at 10:00 a.m. | June 2, 2027 at 10:00 a.m. |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference | Seven (7) days prior to the final pretrial conference |
| Final Pretrial conference | January 8, 2027 at 11:00 a.m. | September 8, 2027 at 11:00 a.m. |
| Jury Trial (10–14 Days) | March 1, 2027 at 9:00 a.m. | October 25, 2027 at 9:00 a.m. |

Dated:  May 20, 2026

NOSSAMAN LLP

DAVID C. LEE
ALEXANDER WESTERFIELD
THOMAS DOVER
NATALIE M. CUADROS

By: /s/ David C. Lee
      David C. Lee

Attorneys for Plaintiff
SACRAMENTO COUNTY EMPLOYEES'
RETIREMENT SYSTEM

Dated:  May 20, 2026

BAKER & MCKENZIE LLP
EDWARD D. TOTINO
BENJAMIN W. TURNER
COLE A. GRAY

By:       /s/ Edward D. Totino (as authorized on
May 20, 2026 per Local Rule 131(e).)
                    Edward D. Totino

Attorneys for Defendant TELUS HEALTH (US)
LTD.

STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER 2:24-cv-01431-JAM-SCR

**<u>ORDER MODIFYING PRETRIAL SCHEDULING ORDER</u>**

After review of the parties' stipulation, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cut-Off | **February 19, 2027** |
| FRCP 26(a)(2) expert disclosures | **December 28, 2026** |
| FRCP 26(a)(2) rebuttal disclosures | **January 11, 2026** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **April 16, 2027** |
| Dispositive Motion Hearing | **June 22, 2027, at 01:00 PM** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | **August 20, 2027, at 11:00 AM** |
| Jury Trial (10-14 Days) | **October 25, 2027, at 9:00 AM** |

All other instructions contained in the Pretrial Scheduling Order (ECF No. 36), entered on May 02, 2025, shall remain in effect.

**IT IS SO ORDERED**.

Dated: May 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER 2:24-cv-01431-JAM-SCR